**Order entered April 10, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-01255-CR
No. 05-18-01257-CR

**CHRISTOPHER LEE WHALEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-60638-S & F13-70117-S**

## ORDER

Before the Court is appellant's April 9, 2019 second motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on or before **May 9, 2019**. Appellant is cautioned that, absent extenuating circumstances, the failure to file his brief by that day will result in the appeals being abated for a hearing under rule 38.8. *See* Tex. R. App. P. 38.8(b)(3).

/s/    BILL PEDERSEN, III
JUSTICE